**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                                04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Cleary Packaging, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1025712** | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8700 Larkin Road, Suite A** <br> **Savage, MD 20763** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Howard** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**

 ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Cleary Packaging, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

| Debtor | **Cleary Packaging, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  ☐ 1,000-5,000  ☐ 25,001-50,000
☐ 50-99  ☐ 5001-10,000  ☐ 50,001-100,000
☐ 100-199  ☐ 10,001-25,000  ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000  ■ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000  ■ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor    **Cleary Packaging, LLC**                                                    Case number (*if known*) _____
_____
         Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 5, 2021**
               MM / DD / YYYY

**X** **/s/ Vincent D. Cleary, Jr.**                    **Vincent D. Cleary, Jr.**
_____        _____
Signature of authorized representative of debtor        Printed name

Title    **President**
_____

**18. Signature of attorney**

**X** **/s/ Paul Sweeney**                    Date    **February 5, 2021**
_____            _____
Signature of attorney for debtor                        MM / DD / YYYY

**Paul Sweeney 07072**
_____
Printed name

**Yumkas, Vidmar, Sweeney & Mulrenin, LLC**
_____
Firm name

**10211 Wincopin Circle, Suite 500**
**Columbia, MD 21044**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(443) 569-5972**        Email address    **psweeney@yvslaw.com**

**07072 MD**
_____
Bar number and State

07:34:11 25 JAN 2021          User: CINDY WOOD                    Page 1

C L E A R Y   P A C K A G I N G

**B A L A N C E   S H E E T   –   D e t a i l**

Calendar Period: 1220   Fiscal Period: 1220

| General Ledger Grouping | Year to Date This Year | Year to Date Last Year | | | |
|---|---|---|---|---|---|
| Current Assets | | | | | |
| | | | | | |
| 10000000 CAPITAL ONE - OPERATING ACC | 39,741.50 | 507,456.06 | | | |
| 10500000 Petty Cash | 200.00 | 200.00 | | | |
| 10600000 CAPITAL ONE - SAVINGS | -2.92 | 0.00 | | | |
| 10700000 WSFS BANK - OPERATING ACCT | 132,473.79 | 0.00 | | | |
| 12000000 Accounts Receivable | 1,062,648.50 | 238,524.80 | | | |
| 12100000 Loan to Others | 2,200.00 | 2,200.00 | | | |
| 12200000 Deposits | 21,605.00 | 10,642.00 | | | |
| 12210000 Clearing Account | 185.13 | 200.00 | | | |
| 14000000 Inventory Asset | 398,175.47 | 251,020.70 | | | |
| 14100000 Drop Ship Inventory | 103.44 | 272.14 | | | |
| 14200000 Vendor Return Inventory | 2,097.18 | 925.25 | | | |
| Current Assets | 1,659,427.09 | 1,011,440.95 | | | |
| | --------------- | --------------- | | | |
| TOTAL CURRENT ASSETS | 1,659,427.09 | 1,011,440.95 | | | |
| | | | | | |
| Fixed Assets | | | | | |
| | | | | | |
| 16000000 Berran Carton Sealer | 1,933.94 | 1,933.94 | | | |
| 16010000 ACCUM DEPR BERRAN CARTON SE | -1,933.94 | -1,933.94 | | | |
| 16100000 Berran Semi-Auto Strapper | 656.64 | 656.64 | | | |
| 16110000 ACCUM DEPR - BERRAN SEMI AU | -656.64 | -656.64 | | | |
| 16200000 Office Equipment | 4,310.94 | 4,310.94 | | | |
| 16300000 Accum Depr: Office Equipme | -4,310.94 | -4,310.94 | | | |
| 16400000 Computer Software | 30,000.00 | 30,000.00 | | | |
| 16500000 Computer Hardware & Equipme | 13,124.76 | 12,274.08 | | | |
| 16510000 ACCUMULATED DEPR-COMPUTER E | -43,124.76 | -42,274.08 | | | |
| 16600000 2015 ACURA | 25,950.38 | 25,950.38 | | | |
| 16610000 ACCUMULATED DEPR - 2015 ACU | -25,950.38 | -25,950.38 | | | |
| 16700000 MACHINERY & EQUIPMENT | 22,098.81 | 5,813.04 | | | |
| 16710000 ACCUM DEPR. MACHINERY & EQU | -22,098.81 | -5,813.04 | | | |
| 16800000 FURNITURE & FIXTURES | 39,366.02 | 0.00 | | | |
| 16810000 ACCUM DEPRECIATION-FURNITUR | -39,366.02 | 0.00 | | | |
| 16900000 2020 FORD TRANSIT VAN | 38,869.62 | 0.00 | | | |
| 16910000 ACCUM DEPR. 2020 FORD TRANS | -38,869.62 | 0.00 | | | |
| Fixed Assets | 0.00 | 0.00 | | | |
| | --------------- | --------------- | | | |
| TOTAL FIXED ASSETS | 0.00 | 0.00 | | | |
| | | | | | |
| Other Assets | | | | | |
| | | | | | |
| Other Assets | | | | | |

Continue...

07:34:11 25 JAN 2021          User: CINDY WOOD                    Page 2

C L E A R Y   P A C K A G I N G

**B A L A N C E   S H E E T   –   D e t a i l**

Calendar Period: 1220   Fiscal Period: 1220

| General Ledger Grouping | Year to Date This Year | Year to Date Last Year | | | |
|---|---|---|---|---|---|
| | .................... | .................... | | | |
| TOTAL OTHER ASSETS | 0.00 | 0.00 | | | |
| | ================ | ================ | | | |
| **TOTAL ASSETS** | 1,659,427.09 | 1,011,440.95 | | | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | | |
| Current Liabilities | | | | | |
| 20000000 Accounts Payable | 458,708.41 | 216,182.46 | | | |
| 20100000 Credit Card: CAPITAL ONE SP | 58,390.18 | 42,608.84 | | | |
| 20400000 Un-Invoiced Material Liabil | 46,416.46 | 16,175.22 | | | |
| 22000000 Sales Tax Payable - MD | 11,861.12 | 11,726.21 | | | |
| 22010000 SALES TAX PAYABLE - PA | 1,522.93 | 17.61 | | | |
| 22020000 SALES TAX PAYABLE - VA | 490.05 | 559.20 | | | |
| 23000000 SALESPERSON COMMISSION ACCR | 347,347.82 | 182,740.05 | | | |
| 24000000 PAYROLL ACCRUAL | 14,003.23 | 30,520.41 | | | |
| Current Liabilities | 938,740.20 | 500,530.00 | | | |
| | .................... | .................... | | | |
| TOTAL CURRENT LIABILITIES | 938,740.20 | 500,530.00 | | | |
| Long Term Liabilities | | | | | |
| 22100000 LOAN PAYABLE/ACURA | 14,878.10 | 19,423.41 | | | |
| 22110000 LOAN PAYABLE - TD AUTO FINA | 37,691.15 | 0.00 | | | |
| 22200000 SBA LOAN 2020 | 181,200.00 | 0.00 | | | |
| 22300000 LOAN - LINDA BARSTOW | 150,000.00 | 0.00 | | | |
| 25000000 DDI System | 0.00 | 10,000.00 | | | |
| Long Term Liabilities | 383,769.25 | 29,423.41 | | | |
| | .................... | .................... | | | |
| TOTAL LONG TERM LIABILITIES | 383,769.25 | 29,423.41 | | | |
| | ================ | ================ | | | |
| **TOTAL LIABILITIES** | 1,322,509.45 | 529,953.41 | | | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | | | |
| Stockholders Equity | | | | | |
| 28100000 Owners Investment | 252,200.00 | 402,200.00 | | | |
| 28200000 Owner Distributions | -173,874.90 | -78,058.00 | | | |
| 29000000 Retained Earnings | 157,345.54 | 63,394.35 | | | |

Continue...

07:34:11 25 JAN 2021    User: CINDY WOOD                          Page 3

C L E A R Y   P A C K A G I N G

**B A L A N C E   S H E E T   –   D e t a i l**

Calendar Period: 1220   Fiscal Period: 1220

| General Ledger Grouping | Year to Date This Year | Year to Date Last Year | | | | |
|---|---|---|---|---|---|---|
| Stockholders Equity | 235,670.64 | 387,536.35 | | | | |
| Income Summary | 101,247.00 | 93,951.19 | | | | |
| | ============== | ============== | | | | |
| **TOTAL STOCKHOLDERS EQUITY** | 336,917.64 | 481,487.54 | | | | |
| | ************** | ************** | | | | |
| **TOTAL LIABILITES & EQUITY** | 1,659,427.09 | 1,011,440.95 | | | | |

End of Report...

07:34:53 25 JAN 2021          User: CINDY WOOD                        Page 1

C L E A R Y   P A C K A G I N G

I N C O M E   S T A T E M E N T   %   O F   R E V E N U E   –   D e t a i l

Calendar Period: 1220   Fiscal Period: 1220

| General Ledger Grouping | This Month This Year | Percentage of Revenue | Year to Date This Year | Percentage of Revenue | | |
|---|---|---|---|---|---|---|
| Revenue | | | | | | |
| 30000000 Sales of Product Income | 471,817.13 | 69.02% | 6,453,466.47 | 75.71% | | |
| 30100000 Shipping, Freight & Deliver | 3,787.96 | 0.55% | 31,125.50 | 0.37% | | |
| 30200000 Customer Discounts Given | -42.03 | -0.01% | -14,772.68 | -0.17% | | |
| 30500000 Direct Ship Sales | 207,986.61 | 30.43% | 2,054,550.70 | 24.10% | | |
| Revenue | 683,549.67 | 100.00% | 8,524,369.99 | 100.00% | | |
| | | | | | | |
| TOTAL REVENUE | 683,549.67 | 100.00% | 8,524,369.99 | 100.00% | | |
| Cost of Sales | | | | | | |
| 35000000 Cost of Goods Sold | 340,092.67 | 49.75% | 4,444,977.64 | 52.14% | | |
| 35100000 Shipping, Freight & Deliver | 10,325.74 | 1.51% | 118,846.09 | 1.39% | | |
| 35200000 Vendor Discounts Earned | -375.21 | -0.05% | -22,492.21 | -0.26% | | |
| 35300000 Inventory Shrinkage | -1,634.60 | -0.24% | -17,888.13 | -0.21% | | |
| 35500000 Direct Ship Cost of Goods S | 154,736.12 | 22.64% | 1,560,334.78 | 18.30% | | |
| Cost of Sales | 503,144.72 | 73.61% | 6,083,778.17 | 71.37% | | |
| | | | | | | |
| TOTAL COST OF SALES | 503,144.72 | 73.61% | 6,083,778.17 | 71.37% | | |
| | | | | | | |
| **Gross Profit** | 180,404.95 | 26.39% | 2,440,591.82 | 28.63% | | |
| | | | | | | |
| Auto Expenses | | | | | | |
| Auto Expenses | | 0.00% | | 0.00% | | |
| | | | | | | |
| TOTAL AUTO & TRUCK EXPENSE | 0.00 | 0.00% | 0.00 | 0.00% | | |
| Warehouse Expense | | | | | | |
| Warehouse Expense | | 0.00% | | 0.00% | | |
| | | | | | | |
| TOTAL WAREHOUSE EXPENSE | 0.00 | 0.00% | 0.00 | 0.00% | | |
| Insurance Expense | | | | | | |
| Insurance Expense | | 0.00% | | 0.00% | | |

Continue...

07:34:53 25 JAN 2021          User: CINDY WOOD                     Page 2

C L E A R Y     P A C K A G I N G

I N C O M E     S T A T E M E N T     %     O F     R E V E N U E     -     D e t a i l

Calendar Period: 1220   Fiscal Period: 1220

| General Ledger Grouping | This Month This Year | Percentage of Revenue | Year to Date This Year | Percentage of Revenue | | |
|---|---|---|---|---|---|---|
| TOTAL INSURANCE EXPENSE | 0.00 | 0.00% | 0.00 | 0.00% | | |
| Marketing Expense | | | | | | |
| Marketing Expense | | 0.00% | | 0.00% | | |
| TOTAL MARKETING EXPENSE | 0.00 | 0.00% | 0.00 | 0.00% | | |
| Operating Expense | | | | | | |
| 40000000 Advertising & Marketing | 0.00 | 0.00% | 6,539.00 | 0.08% | | |
| 40050000 BAD DEBT | 196.63 | 0.03% | 196.63 | 0.00% | | |
| 40100000 Contract Labor | 0.00 | 0.00% | 262.50 | 0.00% | | |
| 40200000 Credit Card Fees - Card Poi | 3,170.60 | 0.46% | 39,099.50 | 0.46% | | |
| 40300000 Depreciation | 0.00 | 0.00% | 95,372.09 | 1.12% | | |
| 40310000 DONATIONS | 0.00 | 0.00% | 100.00 | 0.00% | | |
| 40400000 Equipment Rental | 0.00 | 0.00% | 3,435.31 | 0.04% | | |
| 40410000 EQUIPMENT REPAIRS | 0.00 | 0.00% | 3,691.09 | 0.04% | | |
| 40510000 FORMS | 45.00 | 0.01% | 1,142.28 | 0.01% | | |
| 40700000 Fuel - Company Vehicle | 307.76 | 0.05% | 2,058.92 | 0.02% | | |
| 40710000 CO VEHICLE - EXPENSES | 61.99 | 0.01% | 1,891.85 | 0.02% | | |
| 40800000 Insurance Expense | 3,557.50 | 0.52% | 27,635.07 | 0.32% | | |
| 40900000 IT Expense | 1,064.38 | 0.16% | 24,485.31 | 0.29% | | |
| 40910000 LEGAL FEES | 270,872.50 | 39.63% | 320,639.50 | 3.76% | | |
| 41000000 Meals & Entertainment | 839.23 | 0.12% | 7,943.97 | 0.09% | | |
| 41100000 Medical Expense | 0.00 | 0.00% | 763.49 | 0.01% | | |
| 41110000 Membership-Dues-Subscriptio | 573.00 | 0.08% | 4,978.64 | 0.06% | | |
| 41120000 Medical Insurance - Group | 945.30 | 0.14% | 9,269.06 | 0.11% | | |
| 41130000 MEDICAL INSURANCE - VCJ | 0.00 | 0.00% | 7,105.90 | 0.08% | | |
| 41200000 Office Supplies & Software | 1,120.31 | 0.16% | 13,466.31 | 0.16% | | |
| 41310000 Outside Services/Contractor | 748.50 | 0.11% | 13,154.18 | 0.15% | | |
| 41320000 PROFESSIONAL SERVICES | 1,500.00 | 0.22% | 5,630.00 | 0.07% | | |
| 41450000 FUEL SURCHARGE INCOME | -6.00 | -0.00% | -108.00 | -0.00% | | |
| 41500000 Rent & Lease | 21,693.40 | 3.17% | 118,808.46 | 1.39% | | |
| 41600000 Repair & Maintainance | 17.26 | 0.00% | 7,400.58 | 0.09% | | |
| 42110000 SAMPLES | 33.90 | 0.00% | 104.72 | 0.00% | | |
| 42200000 Taxes & Licenses | 155.00 | 0.02% | 1,645.65 | 0.02% | | |
| 42300000 Telephone | 814.14 | 0.12% | 10,428.10 | 0.12% | | |
| 42400000 Trash Service | 30.18 | 0.00% | 4,119.98 | 0.05% | | |
| 42500000 Travel & Meetings | 496.27 | 0.07% | 1,322.44 | 0.02% | | |
| 42600000 Truck Expense | 215.00 | 0.03% | 5,137.22 | 0.06% | | |
| 42700000 Truck Fuel | 2,717.86 | 0.40% | 36,847.81 | 0.43% | | |
| 42800000 Truck Rental | 5,476.95 | 0.80% | 79,842.85 | 0.94% | | |

Continue...

07:34:53 25 JAN 2021          User: CINDY WOOD                    Page 3

C L E A R Y     P A C K A G I N G

I N C O M E     S T A T E M E N T     %     O F     R E V E N U E   —   D e t a i l

Calendar Period: 1220   Fiscal Period: 1220

| General Ledger Grouping | This Month This Year | Percentage of Revenue | Year to Date This Year | Percentage of Revenue | | |
|---|---|---|---|---|---|---|
| 42900000 Utilities | 0.00 | 0.00% | 6,852.64 | 0.08% | | |
| 43000000 Warehouse Expense | 57.74 | 0.01% | 9,600.59 | 0.11% | | |
| Operating Expense | 316,704.40 | 46.33% | 870,863.64 | 10.22% | | |
| | | | | | | |
| TOTAL OPERATING EXPENSE | 316,704.40 | 46.33% | 870,863.64 | 10.22% | | |
| Payroll & Labor Expense | | | | | | |
| 40500000 FICA Expense | 9,546.91 | 1.40% | 92,617.93 | 1.09% | | |
| 40600000 FUTA & SUTA Expense | 97.23 | 0.01% | 4,742.73 | 0.06% | | |
| 41700000 Salaries - Admin | 19,668.42 | 2.88% | 230,815.15 | 2.71% | | |
| 41800000 Salaries - Drivers | 15,410.00 | 2.25% | 133,792.03 | 1.57% | | |
| 41850000 SALARIES - OWNER | 5,520.00 | 0.81% | 126,518.41 | 1.48% | | |
| 41900000 Salaries - Purchasing | 5,832.69 | 0.85% | 69,511.46 | 0.82% | | |
| 42000000 Salaries - Warehouse | 17,319.74 | 2.53% | 167,968.46 | 1.97% | | |
| 42100000 Sales Commissions | 46,537.73 | 6.81% | 701,816.54 | 8.23% | | |
| Payroll & Labor Expense | 119,932.72 | 17.55% | 1,527,782.71 | 17.92% | | |
| | | | | | | |
| TOTAL PAYROLL & LABOR EXPENS | 119,932.72 | 17.55% | 1,527,782.71 | 17.92% | | |
| General Admin. Expense | | | | | | |
| General Admin. Expense | | 0.00% | | 0.00% | | |
| | | | | | | |
| TOTAL GENERAL & ADMIN EXPENS | 0.00 | 0.00% | 0.00 | 0.00% | | |
| | | 0.00% | | 0.00% | | |
| | | | | | | |
| TOTAL TAX EXPENSE | 0.00 | 0.00% | 0.00 | 0.00% | | |
| **TOTAL OPERATING EXPENSES** | 436,637.12 | 63.88% | 2,398,646.35 | 28.14% | | |
| **INCOME FROM OPERATIONS** | 256,232.17 | 37.49% | -41,945.47 | -0.49% | | |
| Other Expense | | | | | | |
| 60000000 Penalties & Fines | 0.00 | 0.00% | 122.00 | 0.00% | | |

Continue...

07:34:53 25 JAN 2021          User: CINDY WOOD                    Page 4

C L E A R Y    P A C K A G I N G

I N C O M E    S T A T E M E N T    %    O F    R E V E N U E    –    D e t a i l

Calendar Period: 1220   Fiscal Period: 1220

| General Ledger Grouping | This Month This Year | Percentage of Revenue | Year to Date This Year | Percentage of Revenue | | |
|---|---|---|---|---|---|---|
| 60050000 BANK CHARGES | 138.16 | 0.02% | 1,680.01 | 0.02% | | |
| 60100000 Other Miscellaneous Expense | 327.41 | 0.05% | 5,619.97 | 0.07% | | |
| 60200000 INTEREST EXPENSE | 157.16 | 0.02% | 727.16 | 0.01% | | |
| Other Expense | 622.73 | 0.09% | 8,149.14 | 0.10% | | |
| | | | | | | |
| TOTAL OTHER EXPENSES | 622.73 | 0.09% | 8,149.14 | 0.10% | | |
| Other Income | | | | | | |
| | | | | | | |
| 70100000 Other Miscellaneous Income | 121.61 | 0.02% | 14,072.07 | 0.17% | | |
| 70200000 Commissions Earned: United | 4,030.74 | 0.59% | 53,378.60 | 0.63% | | |
| Other Income | 4,152.35 | 0.61% | 67,450.67 | 0.79% | | |
| | | | | | | |
| TOTAL OTHER INCOME | 4,152.35 | 0.61% | 67,450.67 | 0.79% | | |
| | | | | | | |
| **TOTAL OTHER INCOME/(EXPENSE)** | 3,529.62 | 0.52% | 59,301.53 | 0.70% | | |
| | | | | | | |
| **NET INCOME BEFORE TAX** | -252,702.55 | -36.97% | 101,247.00 | 1.19% | | |
| Income Tax | | | | | | |
| Income Tax | 0.00 | 0.00% | 0.00 | 0.00% | | |
| | | | | | | |
| TOTAL INCOME TAX | 0.00 | 0.00% | 0.00 | 0.00% | | |
| | | | | | | |
| **TOTAL TAX** | 0.00 | 0.00% | 0.00 | 0.00% | | |
| | | | | | | |
| **NET AFTER TAX** | -252,702.55 | -36.97% | 101,247.00 | 1.19% | | |

End of Report...

| BANK RECONCILIATION | 1/31/2021 | | WSFS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BANK BALANCE  1/31/2021 | | 301410.23 | OUTSTANDING CHECKS | | | | | | |
| OUTSTANDING CREDIT CARDS | | | CK# | AMT$ | | | | | |
| OUTSTANDING DEPOSIT - CHECKS | | | | | | | | | |
| OUTSTANDING DEPOSIT - CASH | | | 7080 | 24.09 | 7214 | 32692.32 | 7241 | 3757.92 | |
| | | | 7083 | 1538.20 | 7215 | 200.00 | 7242 | 131.16 | |
| | | | 7124 | 2700.00 | 7216 | 637.63 | 7244 | 10000.00 | |
| LESS OUTSTANDING CHECKS | | -232672.14 | 7153 | 240.00 | 7217 | 1890.00 | 7245 | 2488.68 | |
| | | 68738.09 | 7157 | 295.00 | 7218 | 987.96 | 7246 | 540.00 | |
| | | | 7159 | 440.94 | 7219 | 4606.53 | 7247 | 788.00 | |
| BALANCE PER GL 1/31/2021 | | 68738.09 | 7160 | 320.00 | 7220 | 999.70 | 7248 | 371.88 | |
| | | | 7172 | 4089.94 | 7221 | 10491.45 | 7249 | 2302.87 | |
| | | | 7179 | 105.00 | 7222 | 2353.20 | 7250 | 2258.09 | |
| | | | 7186 | 1920.00 | 7223 | 1910.00 | 7251 | 792.41 | |
| | | | 7187 | 3593.97 | 7224 | 2567.26 | 7252 | 1839.80 | |
| | | 68738.09 | 7195 | 1538.20 | 7225 | 3293.70 | 7253 | 536.74 | |
| | | | 7201 | 148.14 | 7226 | 13234.50 | 7254 | 739.39 | |
| | | | 7202 | 1568.67 | 7227 | 597.54 | 7255 | 1120.50 | |
| | | 0.00 | 7203 | 1461.92 | 7228 | 360.26 | 7256 | 5834.19 | |
| | | | 7204 | 75.00 | 7231 | 1929.00 | 7257 | 1794.92 | |
| | | | 7205 | 2824.59 | 7232 | 8150.52 | 7258 | 1811.81 | |
| | | | 7206 | 2697.22 | 7233 | 31.28 | 7259 | 1217.25 | |
| | | | 7207 | 8100.26 | 7234 | 168.75 | 7260 | 320.00 | |
| | | | 7208 | 655.19 | 7235 | 12930.19 | 7261 | 16917.25 | |
| | | | 7209 | 450.00 | 7236 | 68.95 | 7262 | 6477.60 | |
| | | | 7210 | 1480.32 | 7237 | 5542.50 | 7263 | 2101.65 | |
| | | | 7211 | 56.25 | 7238 | 320.36 | 7264 | 777.20 | |
| | | | 7212 | 4466.88 | 7239 | 3588.63 | 7265 | 85.48 | |
| | | | 7213 | 1270.62 | 7240 | 1967.32 | 7266 | 2928.00 | |
| | | | | 42060.40 | | 111519.55 | 7267 | 3240.50 | |
| | | | | | | | 7268 | 968.39 | |
| | | | | | | | 7269 | 2999.49 | |
| | | | | | | | 7270 | 96.71 | |
| | | | | | | | 7271 | 1746.00 | |
| | | | | | | | 7272 | 1791.00 | |
| | | | | | | | 7273 | 317.31 | |
| | | | | | | | | 79092.19 | |

**SCHEDULE C**
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service   (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ Go to www.irs.gov/ScheduleC for instructions and the latest information.
▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **09**

Name of proprietor: VINCENT D. CLEARY JR

Social security number (SSN): 3470

| | |
|---|---|
| **A** Principal business or profession, including product or service (see instructions)<br>WHOLESALER/PAPER PRODUCTS & PACKAGING MATERIAL | **B** Enter code from instructions<br>▶ 424100 |
| **C** Business name. If no separate business name, leave blank.<br>CLEARY PACKAGING, LLC | **D** Employer ID number (EIN) (see instr.)<br>83-1025712 |

**E** Business address (including suite or room no.) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
City, town or post office, state, and ZIP code

**F** Accounting method:   (1) ☐ Cash   (2) ☒ Accrual   (3) ☐ Other (specify) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _

**G** Did you "materially participate" in the operation of this business during 2019? If "No," see instructions for limit on losses ........ ☒ Yes ☐ No

**H** If you started or acquired this business during 2019, check here ........................................................ ▶ ☐

**I** Did you make any payments in 2019 that would require you to file Form(s) 1099? (see instructions) ........................ ☒ Yes ☐ No

**J** If "Yes," did you or will you file required Forms 1099? ................................................................. ☒ Yes ☐ No

## Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked   STATEMENT 7 ▶ ☐ | 1 | 7,160,175. |
| 2 | Returns and allowances | 2 | 11,136. |
| 3 | Subtract line 2 from line 1 | 3 | 7,149,039. |
| 4 | Cost of goods sold (from line 42) | 4 | 5,398,636. |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 1,750,403. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) SEE STATEMENT 6 | 6 | 26,971. |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 1,777,374. |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 9,285. | 18 | Office expense | 18 | 6,823. |
| 9 | Car and truck expenses (see instructions) | 9 | 44,497. | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | 68,513. |
| 12 | Depletion | 12 | | b | Other business property | 20b | 114,000. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 5,814. | 21 | Repairs and maintenance | 21 | 6,476. |
| | | | | 22 | Supplies (not included in Part III) | 22 | 7,494. |
| | | | | 23 | Taxes and licenses | 23 | 75,098. |
| 14 | Employee benefit programs (other than on line 19) | 14 | 10,158. | 24 | Travel and meals: | | |
| 15 | Insurance (other than health) | 15 | 29,167. | a | Travel | 24a | 5,418. |
| 16 | Interest (see instructions): | | | b | Deductible meals (see instructions) | 24b | 1,603. |
| a | Mortgage (paid to banks, etc.) | 16a | | 25 | Utilities | 25 | 7,414. |
| b | Other | 16b | 613. | 26 | Wages (less employment credits) | 26 | 1,078,986. |
| 17 | Legal and professional services | 17 | 120,735. | 27 a | Other expenses (from line 48) | 27a | 74,535. |
| | | | | b | Reserved for future use | 27b | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ▶ | | | | | 28 | 1,666,629. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | 110,745. |

30   Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829
     unless using the simplified method (see instructions).
     **Simplified method filers only:** enter the total square footage of: (a) your home: _____
     and (b) the part of your home used for business: _____ .
     Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 ........ | 30 |

31   **Net profit or (loss).** Subtract line 30 from line 29.
     • If a profit, enter on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**  | 31 | 110,745. |
     • If a loss, you **must** go to line 32.

32   If you have a loss, check the box that describes your investment in this activity (see instructions).
     • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**   | 32a ☐ All investment is at risk.<br>32b ☐ Some investment is not at risk.
     • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

LHA   For Paperwork Reduction Act Notice, see the separate instructions.
920001  10-09-19

Schedule C (Form 1040 or 1040-SR) 2019

11221006  756498 012960         2019.04030 CLEARY, VINCENT              012960_1

Schedule C (Form 1040 or 1040-SR) 2019  VINCENT D. CLEARY JR                                3470  Page **2**

| Part III | **Cost of Goods Sold** (see instructions) | | |
|---|---|---|---|

**33** Method(s) used to value closing inventory: **a** [X] Cost  **b** [ ] Lower of cost or market  **c** [ ] Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation .................................................................................................................. [ ] **Yes** [X] **No**

| | | | |
|---|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation ............. | **35** | 279,151. |
| **36** | Purchases less cost of items withdrawn for personal use .......................................................... | **36** | 5,238,132. |
| **37** | Cost of labor. Do not include any amounts paid to yourself .......................................................... | **37** | |
| **38** | Materials and supplies ................................................................................................ | **38** | |
| **39** | Other costs                                                     SEE STATEMENT 8 | **39** | 133,571. |
| **40** | Add lines 35 through 39 ............................................................................................... | **40** | 5,650,854. |
| **41** | Inventory at end of year ............................................................................................... | **41** | 252,218. |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | **42** | 5,398,636. |

| Part IV | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

**43** When did you place your vehicle in service for business purposes? (month, day, year)   ▶ _____ / _____ / _____

**44** Of the total number of miles you drove your vehicle during 2019, enter the number of miles you used your vehicle for:

**a** Business _____  **b** Commuting _____  **c** Other _____

**45** Was your vehicle available for personal use during off-duty hours? .................................................... [ ] **Yes** [ ] **No**

**46** Do you (or your spouse) have another vehicle available for personal use? .............................................. [ ] **Yes** [ ] **No**

**47a** Do you have evidence to support your deduction? ....................................................................... [ ] **Yes** [ ] **No**
  **b** If "Yes," is the evidence written? ...................................................................................... [ ] **Yes** [ ] **No**

| Part V | **Other Expenses.** List below business expenses not included on lines 8-26 or line 30. |
|---|---|

| | |
|---|---:|
| BANK FEES/CREDIT CARD FEES | 19,213. |
| EMPLOYEE EXPENSES | 326. |
| DUES AND SUBSCRIPTIONS | 4,509. |
| OUTSIDE SERVICES | 6,062. |
| TELEPHONE | 10,573. |
| TRASH REMOVAL | 2,092. |
| WAREHOUSE SUPPLIES | 1,869. |
| BAD DEBT | 2,938. |
| IT EXPENSES | 26,953. |
| | |
| **48** **Total other expenses.** Enter here and on line 27a        **48** | 74,535. |

920002  10-09-19                                                                 Schedule C (Form 1040 or 1040-SR) 2019

11221006 756498 012960              2019.04030 CLEARY, VINCENT              012960_1

**2019 DEPRECIATION AND AMORTIZATION REPORT**

CLEARY PACKAGING, LLC                                                SCHEDULE C- 1

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | COMPUTER SOFTWARE | 09/30/18 | 200DB | 5.00 | MQ | 17 | 30,000. | | | 30,000. | 0. | | | 0. | 0. |
| | TRANSPORTATION EQUIPMENT | | | | | | | | | | | | | | |
| 5 | 2015 ACURA | 12/29/18 | 200DB | 5.00 | MQ | 21 | 25,950. | | | 25,950. | 0. | | | 0. | 0. |
| | * SCH C TOTAL TRANSPORTATION EQUIPMENT | | | | | | 25,950. | | | 25,950. | | | | 0. | 0. |
| | FURNITURE & FIXTURES | | | | | | | | | | | | | | |
| 1 | NEXTIVA PHONE SYSTEM | 09/30/18 | 200DB | 5.00 | MQ | 17 | 1,185. | | | 1,185. | 0. | | | 0. | 0. |
| 2 | SHARP COPIER | 10/31/18 | 200DB | 5.00 | MQ | 17 | 3,126. | | | 3,126. | 0. | | | 0. | 0. |
| | * SCH C TOTAL FURNITURE & FIXTURES | | | | | | 4,311. | | | 4,311. | | | | 0. | 0. |
| | MACHINERY & EQUIPMENT | | | | | | | | | | | | | | |
| 3 | BERRAN STRAPPER | 12/27/18 | 200DB | 5.00 | MQ | 17 | 1,934. | | | 1,934. | 0. | | | 0. | 0. |
| | * SCH C TOTAL MACHINERY & EQUIPMENT | | | | | | 1,934. | | | 1,934. | | | | 0. | 0. |
| | * SCH C TOTAL - | | | | | | 6,245. | | | 6,245. | 0. | | | 0. | 0. |
| | FURNITURE & FIXTURES | | | | | | | | | | | | | | |
| 7 | HP ZBOOK WORKSTATION | 10/09/18 | 200DB | 5.00 | MQ | 17 | 1,176. | | | 1,176. | 0. | | | 0. | 0. |
| 8 | HP SERVER & COMPUTERS | 10/04/18 | 200DB | 5.00 | MQ | 17 | 11,098. | | | 11,098. | 0. | | | 0. | 0. |
| | * SCH C TOTAL FURNITURE & FIXTURES | | | | | | 12,274. | | | 12,274. | | | | 0. | 0. |
| | MACHINERY & EQUIPMENT | | | | | | | | | | | | | | |
| 4 | BERRAN CARTON SEALER | 12/27/18 | 200DB | 5.00 | MQ | 17 | 657. | | | 657. | 0. | | | 0. | 0. |

928111 04-01-19

(D) · Asset disposed                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

10.1

**2019 DEPRECIATION AND AMORTIZATION REPORT**

CLEARY PACKAGING, LLC                                          SCHEDULE C- 1

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | * SCH C TOTAL - | | | | | | 12,931. | | | 12,931. | 0. | | | 0. | 0. |
| 9 | FORKLIFT | 08/06/19 | 200DB | 5.00 | HY | 19B | 4,267. | | | 4,267. | 0. | | | 4,267. | 0. |
| 10 | BISSELL VAC & SWEEPER | 05/08/19 | 200DB | 5.00 | HY | 19B | 1,091. | | | 1,091. | 0. | | | 1,091. | 0. |
| 11 | LANTECH STRETCH FILM WRAPPER | 08/06/19 | 200DB | 5.00 | HY | 19B | 456. | | | 456. | 0. | | | 456. | 0. |
| | * SCH C TOTAL MACHINERY & EQUIPMENT | | | | | | 5,814. | | | 5,814. | 0. | | | 5,814. | 0. |
| | * SCH C TOTAL - | | | | | | 5,814. | | | 5,814. | 0. | | | 5,814. | 0. |
| | * GRAND TOTAL SCH C DEPRECIATION | | | | | | 80,940. | | | 80,940. | 0. | | | 5,814. | 0. |
| | CURRENT YEAR ACTIVITY | | | | | | | | | | | | | | |
| | BEGINNING BALANCE | | | | | | 75,126. | 0. | | 75,126. | 0. | 0. | | | 0. |
| | ACQUISITIONS | | | | | | 5,814. | 0. | | 5,814. | 0. | 0. | | | 0. |
| | DISPOSITIONS/RETIRED | | | | | | 0. | 0. | | 0. | 0. | 0. | | | 0. |
| | ENDING BALANCE | | | | | | 80,940. | 0. | | 80,940. | 0. | 0. | | | 0. |

928111  04-01-19

(D) · Asset disposed                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| CLEARY PACKAGING, LLC | * | Case No: 21-_____ |
| Debtor | * | (Chapter 11) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Vincent D. Cleary, Jr., declare under penalty of perjury that I am the President of Cleary Packaging, LLC (the "Company"), and that the following is a true and correct copy of the resolutions adopted by the members of the Company, at a special meeting duly called and held on the 5th day of February 2021.

> Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

> Be It Therefore Resolved, that Vincent D. Cleary, Jr., President of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company;

> Be It Further Resolved, that Vincent D. Cleary, Jr., President of this Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

> Be It Further Resolved, that Vincent D. Cleary, Jr., President of this Company, is authorized and directed to employ Paul Sweeney and the law firm of Yumkas, Vidmar, Sweeney & Mulrenin, LLC to represent the Company in such bankruptcy case.

Dated_____ February 5, 2021 _____ _____
Vincent D. Cleary, Jr., President and
sole member

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Cleary Packaging, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cantwell Cleary Co., Inc.** c/o John Paul Lynch, Esquire McNamee Hosea Jernigan Kim Greenan Lynch 888 Bestgate Road, Suite 402 Annapolis, MD 21401 | | **judgment (backdated to and effective from 11/19/20)** | **Disputed** | | | **$4,715,764.98** |
| **Marcus Bonsib LLC** 611 Ivy Lane, Suite 116 Greenbelt, MD 20770 | | **legal fees** | | | | **$199,222.50** |
| **Capital One Bank, N.A. Attn: Bankruptcy** P. O. Box 30285 Salt Lake City, UT 84130 | | **PPP loan (application for forgiveness in process)** | | | | **$182,508.66** |
| **Linda Barstow** 500 Pinefield Drive Severna Park, MD 21146 | | **loan to business** | | | | **$75,000.00** |
| **Comptroller of Maryland Compliance Division** 301 West Preston Street, Room 409 Baltimore, MD 21201 | | **sales tax** | | | | **$11,399.68** |
| **TD Auto Finance** P. O. Box 9223 Farmington Hills, MI 48333 | | **2020 Ford Transit Van (1FTBR1C90LKA74307)** | | **$37,150.76** | **$30,336.00** | **$6,814.76** |
| **Shurtape** P. O. Box 100322 Atlanta, GA 30084 | | **trade debt** | | | | **$4,073.09** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Cleary Packaging, LLC**                                    Case number *(if known)* _____
             Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lindenmeyr Munroe P. O. Box 416977 Boston, MA 02241 | | trade debt | | | | $2,500.00 |
| Rescue One Training for Life Inc. 7621 Rickenbacker Drive Gaithersburg, MD 20879 | | trade debt | | | | $910.00 |
| Essendant P. O. Box 821724 Philadelphia, PA 19182 | | trade debt | | | | $867.91 |
| Intertape Polymer Group P. O. Box 203459 Dallas, TX 75320 | | trade debt | | | | $782.91 |
| Berran Industrial Group, Inc. 570 Wolf Ledges Parkway Akron, OH 44311 | | trade debt | | | | $452.05 |
| Inflatable Packaging, Inc. P. O. Box 40 Newtown, CT 06470 | | trade debt | | | | $311.04 |
| Commonwealth of Virginia Virginia Department of Taxation P. O. Box 1777 Richmond, VA 23218 | | sales tax | | | | $264.31 |
| RJ Schinner Company 29782 Network Place Chicago, IL 60673-1297 | | trade debt | | | | $167.28 |
| Pennsylvania Department of Revenue P. O. Box 280905 Harrisburg, PA 17128-0905 | | sales tax | | | | $121.64 |
| Encore Packaging 500 East Banker Court Vernon Hills, IL 60061 | | trade debt | | | | $70.75 |

# United States Bankruptcy Court
### District of Maryland

In re    **Cleary Packaging, LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Vincent D, Cleary, Jr.**<br>**8700 Larkin Road, Suite A**<br>**Savage, MD 20763** | | | **100% membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 5, 2021**

Signature    **/s/ Vincent D. Cleary, Jr.**

**Vincent D. Cleary, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Maryland

In re  **Cleary Packaging, LLC**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 5, 2021**

**/s/ Vincent D. Cleary, Jr.**

**Vincent D. Cleary, Jr./President**
Signer/Title

Acura Financial Services
P. O. Box 105027
Atlanta, GA 30348


Berran Industrial Group, Inc.
570 Wolf Ledges Parkway
Akron, OH 44311


Brody Transportation
6742 Dorsey Road
Elkridge, MD 21075


Cantwell Cleary Co., Inc.
c/o John Paul Lynch, Esquire
McNamee Hosea Jernigan Kim Greenan Lynch
888 Bestgate Road, Suite 402
Annapolis, MD 21401


Capital One Bank, N.A.
Attn: Bankruptcy
P. O. Box 30285
Salt Lake City, UT 84130


Commonwealth of Virginia
Virginia Department of Taxation
P. O. Box 1777
Richmond, VA 23218


Comptroller of Maryland
Compliance Division
301 West Preston Street, Room 409
Baltimore, MD 21201


Encore Packaging
500 East Banker Court
Vernon Hills, IL 60061

Essendant
P. O. Box 821724
Philadelphia, PA 19182


Inflatable Packaging, Inc.
P. O. Box 40
Newtown, CT 06470


Intertape Polymer Group
P. O. Box 203459
Dallas, TX 75320


Linda Barstow
500 Pinefield Drive
Severna Park, MD 21146


Lindenmeyr Munroe
P. O. Box 416977
Boston, MA 02241


Marcus Bonsib LLC
611 Ivy Lane, Suite 116
Greenbelt, MD 20770


Packaging Corporation of America
Attention: Jack Mauro
1 North Field Court
Lake Forest, IL 60045


Pennsylvania Department of Revenue
P. O. Box 280905
Harrisburg, PA 17128-0905


Prologis
6711 Columbia Gateway Drive, Suite 130
Columbia, MD 21046

Rescue One Training for Life Inc.
7621 Rickenbacker Drive
Gaithersburg, MD 20879


RJ Schinner Company
29782 Network Place
Chicago, IL 60673-1297


Shurtape
P. O. Box 100322
Atlanta, GA 30084


TD Auto Finance
P. O. Box 9223
Farmington Hills, MI 48333


Vincent D, Cleary, Jr.
8700 Larkin Road, Suite A
Savage, MD 20763

# United States Bankruptcy Court
## District of Maryland

In re    **Cleary Packaging, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Cleary Packaging, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 5, 2021**

Date

**/s/ Paul Sweeney**

**Paul Sweeney 07072**

Signature of Attorney or Litigant

Counsel for    **Cleary Packaging, LLC**

**Yumkas, Vidmar, Sweeney & Mulrenin, LLC**

**10211 Wincopin Circle, Suite 500**

**Columbia, MD 21044**

**(443) 569-5972 Fax:(410) 571-2798**

**psweeney@yvslaw.com**